# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BOARDS OF TRUSTEES OF OHIO LABORERS' FRINGE BENEFIT PROGRAMS, : : Plaintiff, : : v. : : DAN-RAY CONSTRUCTION, LLC, et al., : : Defendants. : | Case No. C2-10-CV-0406 <br><br> JUDGE ALGENON L. MARBLEY <br><br> Magistrate Judge King |

## ORDER CANCELING ORAL ARGUMENT
## ON MOTION FOR SUMMARY JUDGMENT

Upon consideration that the only remaining disputed issue of fact to be decided in this action is the reasonableness of the attorney's fees requested, and that issue being fully briefed by the parties, the Court will decide Plaintiff's Motion for Summary Judgment on the pleadings. The previously scheduled oral argument for **November 10, 2011**, at 9:00 a.m. is hereby **CANCELLED.**

    **IT IS SO ORDERED.**

    s/Algenon L. Marbley
    **ALGENON L. MARBLEY**
    **United States District Court Judge**

**DATED: November 7, 2011**