**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| BOARDS OF TRUSTEES, et al., | : | |
| Plaintiffs | : | Civil Action 2:10-cv-00406 |
| v. | : | Judge Marbley |
| DAN-RAY CONSTRUCTION, LLC, | : | Magistrate Judge King |
| Defendant | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the
January 3, 2012 Agreed Order, this action is DISMISSED.

Date: **January 3, 2012**                    **James Bonini, Clerk**

                    s/Betty L. Clark
                    Betty L. Clark/Deputy Clerk