# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| BOARDS OF TRUSTEES, et al., | : | |
| Plaintiffs | : | Civil Action 2:10-cv-00406 |
| v. | : | Judge Marbley |
| DAN-RAY CONSTRUCTION, LLC, | : | Magistrate Judge King |
| Defendant | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the January 3, 2012 Agreed Order, this action is DISMISSED.

Date: **January 3, 2012**                    **James Bonini, Clerk**

                                        s/Betty L. Clark
                                        Betty L. Clark/Deputy Clerk